**Roy L. DUNCAN, Appellant, v. STATE of Texas, Appellee.**

No. 25961.

Court of Criminal Appeals of Texas.

June 28, 1952.

No attorney for appellant of record on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Rape is the offense; the punishment, fifty years in the penitentiary.

Appellant has filed his affidavit stating that he desires to have his appeal in this case dismissed.

Accordingly, the appeal is dismissed.

Opinion approved by the Court.